UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X



DINA LIESER, et al.,

               Plaintiffs,

- against-

STUART DANOFF, M.D.,

               Defendant.
----------------------------------------------------------X

**ORDER**
CV-03-5197 (SMG)

**GOLD, Magistrate Judge:**

The parties have reached a settlement and an Order Directing Deposit of Infant's Properties has been entered. The Clerk shall close the case, without prejudice to plaintiff's right to move to re-open within thirty days if the settlement has not by then been consummated.

**SO ORDERED.**

Dated: Brooklyn, New York
       October 27, 2005

                                               **STEVEN M. GOLD**
                                               **UNITED STATES MAGISTRATE JUDGE**